TIMOTHY T. KIM (SBN 314365)
**TESLA, INC.**
31353 Huntwood Avenue
Hayward, California 94544
Telephone: 510 • 737 • 1281
timkim@tesla.com

Attorney for Defendant,
TESLA, INC.

ALEXANDER GAMEZ (SBN 309708)
**BOUCHER LLP**
21600 Oxnard Street, Suite 600
Woodland Hills, California 91367
Telephone: 818 • 340 • 5400
gamez@boucher.la

Attorney for Plaintiff,
CHRISTINE SALAIS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE SALAIS, an individual,<br><br>           Plaintiff,<br><br>     v.<br><br>TESLA, INC., a Texas Corporation; and DOES 1-50, inclusive,<br><br>           Defendants. | Case No.: 2:26-CV-00676-JDP<br><br>*Assigned to the Honorable Jeremy D. Peterson; Courtroom 9, 13th Floor*<br><br>**JOINT STIPULATION SUBMITTING MATTER TO BINDING ARBITRATION; [PROPOSED] ORDER THEREON**<br><br>Complaint Filed:     January 8, 2026<br>Removal Filed:      March 2, 2026<br>Trial Date:       None Set |

1

## I.    INTRODUCTION

Plaintiff Christine Salais ("Plaintiff") and Defendant Tesla, Inc. ("Defendant") (collectively, the "Parties"), by and trough their respective counsel of record, stipulate and agree as follows:

WHEREAS, a dispute has arisen between Plaintiff and Defendant regarding Plaintiff's employment with Defendant;

WHEREAS, on January 8, 2026, Plaintiff filed suit against Defendant in the San Joaquin County Superior Court, Case No. STK-CV-UOE-2026-0000126 (the "Action"), alleging six causes of action arising out of her employment with Defendant;

WHEREAS, on March 2, 2026, Defendant removed the Action to the United States District Court for the Eastern District of California;

WHEREAS, the Parties have met and conferred about an arbitration agreement that Defendant contends Plaintiff signed on October 14, 2022 ("Arbitration Agreement"), which is attached hereto as **Exhibit A**;

WHEREAS, Defendant alleges that the disputes at issue are subject to binding arbitration pursuant to the Arbitration Agreement.

WHEREAS, Defendant desires to transfer this case from the Eastern District of California to arbitration with the Judicial Arbitration & Mediation Services, Inc. ("JAMS") in accordance with the Arbitration Agreement;

WHEREAS, Plaintiff does not oppose Defendant's request;

THEREFORE, the Parties hereby stipulate and agree as follows:

1.    The Parties will submit their dispute to binding arbitration before JAMS in accordance with terms of the Arbitration Agreement;

2.    Plaintiff shall file a Demand for Arbitration with JAMS;

3.    Plaintiff will not be required to pay any portion of the selected arbitration services provider's filing fee (if any) upon filing a Demand for Arbitration;

4.    The Action in the Eastern District of California, Case No.: 2:26-CV-00676-JDP, shall be stayed pending binding arbitration;

JOINT STIPULATION SUBMITTING MATTER TO BINDING ARBITRATION;
[PROPOSED] ORDER THEREON

5. The District Court shall maintain jurisdiction over the Action in order to enforce the terms of this stipulation and order and to vacate, confirm, or modify any award entered in the arbitration proceeding so ordered.

**IT IS SO STIPULATED.**

DATED: Mach 27, 2026                    **TESLA, INC.**

                                        By:    /s/ Timothy T. Kim
                                               Timothy T. Kim
                                               Attorney for Defendant
                                               TESLA, INC.


DATED: March 27, 2026                   **BOUCHER LLP**

                                        By:    /s/ Alexander Gamez
                                               Alexander Gamez
                                               Attorney for Plaintiff
                                               CHRISTINE SALAIS


**ELECTRONIC SIGNATURE ATTESTATION**

I, Timothy T. Kim, attest that all signatories on this document agree to the filing's content and have authorized this filing. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


DATED: March 27, 2026          By:    /s/ Timothy T. Kim
                                      Timothy T. Kim
                                      Attorney for Defendant
                                      TESLA, INC.

JOINT STIPULATION SUBMITTING MATTER TO BINDING ARBITRATION;
[PROPOSED] ORDER THEREON

**[PROPOSED] ORDER**

Having read the STIPULATION TO SUBMIT ACTION TO BINDING ARBITRATION and good cause appearing, it is hereby ORDERED that:

1.   This Action is hereby stayed pending the completion of binding arbitration pursuant to Arbitration Agreement between the Parties;

2.   The parties shall file a joint status report every ninety days apprising the court of the status of arbitration; and

3.   The May 14, 2026 scheduling conference is VACATED.

IT IS SO ORDERED.

Dated:   April 6, 2026

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

1

JOINT STIPULATION SUBMITTING MATTER TO BINDING ARBITRATION;
[PROPOSED] ORDER THEREON